[Nos. 16826-0-II; 16904-5-II.   Division Two.   August 31, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HEDRICK
GOMEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. AGUSTO
GOMEZ, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 92-1-04101-6, 92-1-04104-6, Brian M. Tollefson, J., entered January 14, 1993. *Affirmed in part* and
*remanded* by unpublished per curiam opinion.

[No. 15093-0-II.   Division Two.   September 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRAD LEE
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 91-1-00033-3, Milton R. Cox, J., entered June
20, 1991. *Affirmed* by unpublished opinion per Green, J. Pro
Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 14701-7-II.   Division Two.   September 1, 1993.]

RONALD G. ANDERSON, ET AL, *Appellants*, v. GREAT NORTH-
WEST FEDERAL SAVINGS AND LOAN ASSOCIATION,
*Respondent*, DENNIS H. SMITH, ET AL,
*Defendants*, GARY F. MCFADDEN,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-2-09384-2, J. Kelley Arnold, J., entered February 14, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan, J., and Reed, J. Pro Tem.